### 3412.   ODUM *v.* THE STATE.

RUSSELL, J.   The evidence showing that the defects in the horse traded were patent, and failing to show that the prosecutor was deceived by any false representation knowingly made by the defendant, the conviction of cheating and swindling is contrary to law.  *Rainey* v. *State,* 94 *Ga.* 599 (19 S. E. 892).　　　　　　*Judgment reversed.*

DECIDED NOVEMBER 7, 1911.

Accusation of cheating and swindling; from city court of Lumpkin—Judge Hickey.   March 24, 1911.

*G. Y. Harrell,* for plaintiff in error.

*T. T. James, solicitor,* contra.

---

### 3413.   ALEXANDER *v.* THE STATE.

RUSSELL, J.   1. The evidence authorized the verdict.

2. There was no error, in view of the counter-showing made by the State, in refusing to grant a new trial because of the alleged newly discovered evidence.　　　　　　　　　*Judgment affirmed.*

DECIDED NOVEMBER 7, 1911.

Accusation under Penal Code (1910), § 729; from city court of Tifton—Judge R. Eve.   April 8, 1911.

*R. D. Smith,* for plaintiff in error.

*James H. Price, solicitor,* contra.